SCWC-18-0000532

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

WILLIE JAMES JONES,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000532; S.P.P. NO. 17-1-0012 (CR. NO. 95-1384))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant Willie James Jones'

application for writ of certiorari, filed on October 21, 2019, is

hereby rejected.

DATED:  Honolulu, Hawai'i, November 25, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

